IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                                                                      1:17-cv-00487-KG-LF

MONICA L. WELLINGTON, THE MONICA L.
WELLINGTON DECLARATION OF TRUST
DATED DECEMBER 28, 2007, ALTURA VILLAGE
HOMEOWNERS' ASSOCIATION, INC., JP MORGAN
CHASE BANK, N.A., AND THE UNKNOWN SPOUSE
OF MONICA L. WELLINGTON,

    Defendant,

and

MONICA WELLINGTON,

    Counter Claimant,

v.

WEINSTEIN & RILEY, P.S., ELIZABETH V.
FRIEDENSTEIN, RUSHMORE LOAN MANAGEMENT
SERVICES, LLC, JP MORGAN CHASE BANK, N.A.,
PROFOLIO HOME MORTGAGE CORPORATION,
MTGLQ INVESTORS, LP,

    Counter Defendants.

## **ORDER GRANTING MOTION FOR A PROTECTIVE ORDER**

    THIS MATTER is before the Court on Plaintiff's Motion for a Protective Order. Doc. 46. Ms. Wellington filed a response (Doc. 48), and plaintiff filed a reply (Doc. 51). Having reviewed the parties' filings, the relevant law, and after holding a hearing, the Court finds the motion is well taken, and it will be granted.

The Court held a hearing on this motion on January 24, 2018. For the reasons stated at the hearing, the motion for a protective order is granted. Plaintiff need not respond to the discovery requests from Ms. Wellington.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge