IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                                                            1:17-cv-00487-KG-LF

MONICA L. WELLINGTON, THE MONICA L.
WELLINGTON DECLARATION OF TRUST
DATED DECEMBER 28, 2007, ALTURA VILLAGE
HOMEOWNERS' ASSOCIATION, INC., JP MORGAN
CHASE BANK, N.A., AND THE UNKNOWN SPOUSE
OF MONICA L. WELLINGTON,

    Defendant,

and

MONICA WELLINGTON,

    Counter Claimant,

v.

WEINSTEIN & RILEY, P.S., ELIZABETH V.
FRIEDENSTEIN, RUSHMORE LOAN MANAGEMENT
SERVICES, LLC, JP MORGAN CHASE BANK, N.A.,
PROFOLIO HOME MORTGAGE CORPORATION,
MTGLQ INVESTORS, LP,

    Counter Defendants.

## **ORDER GRANTING MOTION TO COMPEL**

THIS MATTER is before the Court on Plaintiff's Motion to Compel Discovery Responses from Defendant Monica L. Wellington and for Sanctions. Doc. 47. Ms. Wellington filed a response (Doc. 48), and plaintiff filed a reply (Doc. 46). Having reviewed the parties' filings and the relevant law, and after holding a hearing, the Court finds the motion well taken, and it will be denied in part and granted in part.

The Court held a hearing on this motion on January 24, 2018. For the reasons stated at the hearing, the motion to compel is granted, but the request for sanctions is denied. Ms. Wellington provided her answers to the discovery requests, as well as the requested documents, at the hearing. Plaintiff will be allowed 60 days from today (January 24, 2018) to serve Ms. Wellington's spouse.

IT IS SO ORDERED.

_____
Laura Fashing
United States Magistrate Judge