IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff

v.          No. 1:17-cv-00487-KG-LF

MONICA L. WELLINGTON, THE MONICA L.
WELLINGTON DECLARATION OF TRUST
DATED DECEMBER 28, 2007, ALTURA VILLAGE
HOMEOWNERS' ASSOCIATION, INC., JPMORGAN
CHASE BANK, N.A., AND THE UNKOWN SPOUSE
OF MONICA L. WELLINGTON,

    Defendant,

and

MONICA L. WELLINGTON,

    Counter-Claimant,

v.

MTGLQ INVESTORS, LP,

    Counter-Defendant,

and

MONICA L. WELLINGTON,

    Cross-Claimant,

v.

JPMORGAN CHASE BANK, N.A.,

    Cross-Defendant,

and

MONICA L. WELLINGTON,

Third-Party Plaintiff,

v.

WEINSTEIN & RILEY, P.S., ELIZABETH V.
FRIEDENSTEIN, RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

Third-Party Defendants.

## ORDER

This matter comes before the Court upon Plaintiff/Counterdefendant's Motion to Dismiss Counterclaims (Doc. 8); Defendant's Motion to Dismiss Complaint (Doc. 9); Third Party Defendants Weinstein & Riley, P.S. and Elizabeth V. Friedenstein's Motion to Dismiss Counterclaims (Doc. 11); JPMorgan Chase Bank, N.A.'s Motion to Dismiss Amended Counterclaim (Doc. 15); and Plaintiff/Counterdefendant's and Third Party Defendant's Renewed Motions to Dismiss Amended Counterclaims (Doc. 24).

The Court conducted a hearing on March 28, 2018, in which it briefly explained its reasons for granting Plaintiff/Counterdefendant's Motion to Dismiss Counterclaims (Doc. 8); granting Third Party Defendants Weinstein & Riley, P.S. and Elizabeth V. Friedenstein's Motion to Dismiss Counterclaims (Doc. 11); granting JPMorgan Chase Bank, N.A.'s Motion to Dismiss Amended Counterclaim (Doc. 15); granting Plaintiff/Counterdefendant's and Third Party Defendant's Renewed Motions to Dismiss Amended Counterclaims (Doc. 24); and denying Ms. Wellington's Motion to Dismiss Complaint (Doc. 9). Full written opinions which will constitute the appealable orders shall follow. This decision is not final and is not an appealable order.

_____
UNITED STATES DISTRICT JUDGE