IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

v.                                                                                             No. 1:17-cv-00487-KG-LF

MONICA L. WELLINGTON, THE MONICA L.
WELLINGTON DECLARATION OF TRUST
DATED DECEMBER 28, 2007, ALTURA VILLAGE
HOMEOWNERS' ASSOCIATION, INC., JPMORGAN
CHASE BANK, N.A., AND THE UNKNOWN SPOUSE
OF MONICA L. WELLINGTON,

    Defendants,

and

MONICA L. WELLINGTON,

    Counter-Claimant,

v.

MTGLQ INVESTORS, LP,

    Counter-Defendant,

and

MONICA L. WELLINGTON,

    Cross-Claimant,

v.

JPMORGAN CHASE BANK, N.A.,

    Cross-Defendant,

and

MONICA L. WELLINGTON,

Third-Party Plaintiff,

v.

WEINSTEIN & RILEY, P.S., ELIZABETH V.
FRIEDENSTEIN, RUSHMORE LOAN MANAGEMENT
SERVICES, LLC,

Third-Party Defendants.

ORDER OF DISMISSAL

This matter comes before the Court upon "JPMorgan Chase Bank, N.A.'s Motion to Dismiss First Amended Counterclaim and Brief in Support." (Doc. 15). The Court conducted a hearing on March 28, 2018, in which it briefly explained its reasons for granting the motions to dismiss Ms. Wellington's Counterclaim and Amended Counterclaim. (Docs. 6 and 12). Ms. Wellington seeks declaratory relief against JPMorgan. (Doc. 12) at 15, ¶¶ 81-85. As explained in the Memorandum Opinion and Order granting Plaintiff/Counterdefendant and Third-Party Defendant's motions to dismiss, simultaneously filed with this Order of Dismissal, the Court also grants JPMorgan's motion because Ms. Wellington lacks standing to pursue a declaratory judgment claim against JPMorgan.

IT IS ORDERED that Ms. Wellington's counterclaim against JPMorgan is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE