IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

v.                                                           No. 1:17-cv-00487-KG-LF

MONICA L. WELLINGTON, THE MONICA L.
WELLINGTON DECLARATION OF TRUST
DATED DECEMBER 28, 2007, ALTURA VILLAGE
HOMEOWNERS' ASSOCIATION, INC., JPMORGAN
CHASE BANK, N.A., AND THE UNKNOWN SPOUSE
OF MONICA L. WELLINGTON,

    Defendants.

## ORDER OF DISMISSAL

Having granted Edmund Robinson's "Notice of Disclaimer of Interest and Request for Dismissal" (Doc. 60), filed February 12, 2018, by the Memorandum Opinion and Order entered contemporaneously with this Order of Dismissal,

IT IS ORDERED that

1. MTGLQ Investors, LP's claims against Mr. Robinson are dismissed without prejudice; and

2. the Clerk of Court is directed to remove "The Unknown Spouse of Monica L. Wellington" from the case caption, and terminating the spouse, Mr. Robinson, as a defendant.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE