IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

        Plaintiff,

vs.                                                              CIVIL NO. 1:17-cv-00487-KG-LF

MONICA L. WELLINGTON, THE MONICA L. WELLINGTON DECLARATION OF
TRUST DATED DECEMBER 28, 2007, ALTURA VILLAGE HOMEOWNERS'
ASSOCIATION, INC., JPMORGAN CHASE BANK, N.A., AND THE UNKNOWN SPOUSE
OF MONICA L. WELLINGTON (KNOWN AS EDMUND ROBINSON),

        Defendant.

## STIPULATED JUDGMENT FORECLOSING THE INTEREST OF JPMORGAN CHASE BANK, N.A.

THIS MATTER having come before this Court upon the stipulation of Plaintiff MTGLQ Investors, LP and Defendant JPMorgan Chase Bank, N.A., and the Court having read and reviewed the file and being otherwise fully advised on the premises FINDS:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. The interest of Plaintiff is a first and prior lien upon the following described real property:

> Lot numbered Twenty-nine (29) of ALTURA VILLAGE, being a Replat of Tracts A1 Netherwood Park, Addition, as the same is shown and designated on the Plat of said addition, filed in the Office of the County Clerk of Bernalillo County, New Mexico, on December 3, 1997, in Plat Book 97C, folio 341, which property is more commonly described as 2124 Altura Verde Ln Ne, Albuquerque, NM 87110 (the "Property").

3. JPMorgan Chase Bank, N.A. claims no interest in the Property, through assignment or otherwise, and the Court concludes as a matter of law that Plaintiff has standing and is entitled to the relief demanded in the Complaint as against JPMorgan Chase Bank, N.A.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that:

A. Plaintiff shall have an *in rem* judgment foreclosing the interest of JPMorgan Chase Bank, N.A.

B. The interests in the Property of JPMorgan Chase Bank, N.A are foreclosed in favor of Plaintiff and shall be subject to foreclosure sale as further ordered by this Court.

C. That this Judgment is hereby entered as a final Judgment herein as to the matters encompassed hereby, and this Court retains jurisdiction of these proceedings for all other issues arising from the Complaint, including but not limited to, disposing the interest of all remaining parties, entering judgments, ordering sale, appointing a special master, confirming the foreclosure sale; assisting the purchaser at the foreclosure sale, or its successors or assigns, in obtaining possession of the property, if necessary; and for determining all other issues presented in this action and not specifically ruled on in this Judgment.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

WEINSTEIN & RILEY, P.S.

*/s/*_____
Elizabeth V. Friedenstein
5801 Osuna Rd. NE, Suite A-103
Albuquerque, NM 87109
(505) 348-3200
Elizabethf@w-legal.com
*Attorney for Plaintiff*

APPROVED AS TO FORM:

*/s/ Gregory M. Sudbury*
Gregory M. Sudbury
Quilling, Selander, Lownds, Winslett & Moser P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
214-871-2100
gsudbury@qslwm.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

And

Edward DeV. Bunn, Jr.
FIRTH JOHNSTON BUNN KERR
415 N. Mesa, Third Floor
El Paso, Texas 79901
(915) 532-7500
EBunn@F-Jlaw.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

Notice to:

Monica L. Wellington
13061 Brookpark Rd.
Oakland, CA 94619
(510) 384-7966