IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                                       Civ. No. 17-487 KG/LF

MONICA L. WELLINGTON,

    Defendant.

## SUMMARY JUDGMENT IN FAVOR OF PLAINTIFF

Having granted Plaintiff's Motion for Summary Judgment (Doc. 123) by entering a Memorandum Opinion and Order contemporaneously with this Summary Judgment in Favor of Plaintiff,

    IT IS ORDERED that

    1. summary judgment is entered in favor of Plaintiff MTGLQ Investors, LP, and against Defendant Monica L. Wellington, on the Complaint for Debt and Money Due and for Foreclosure (Doc. 1-1); and

    2. Plaintiff MTGLQ Investors, LP is entitled to foreclose on the property which is the subject of the Note and Mortgage at issue in this foreclosure action.

_____
UNITED STATES DISTRICT JUDGE