IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                                     Civ. No. 17-487 KG/LF

MONICA L. WELLINGTON,

    Defendant.

## ORDER LIFTING STAY

On November 25, 2019, the Tenth Circuit Court of Appeals dismissed *pro se* Defendant Monica L. Wellington's appeal as premature and for lack of jurisdiction. Consequently, the Court lifts its stay of the execution of the summary judgment and its stay on any action related to Plaintiff MTGLQ Investors, LP's (MTGLQ) proposed judgment of foreclosure and sale (Doc. 192). *See* (Doc. 197). The Court notes that on November 7, 2019, Wellington filed objections to the proposed judgment of foreclosure and sale. (Doc. 198). Now that the Court has lifted its stay, MTGLQ will have until December 10, 2019, to file a response to those objections.

    IT IS SO ORDERED.

                                                                                                       UNITED STATES DISTRICT JUDGE