IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                          Civ. No. 17-487 KG/LF

MONICA L. WELLINGTON,

    Defendant.

### JUDGMENT AWARDING REASONABLE ATTORNEY'S FEES AND NONTAXABLE EXPENSES

Having granted in part Plaintiff's Motion for Award of Attorney Fees and Costs (Doc. 209) by entering a Memorandum Opinion and Order contemporaneously with this Judgment Awarding Reasonable Attorney's Fees and Nontaxable Expenses,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff MTGLQ Investors, LP recover from Defendant Monica L. Wellington:

1. $9,696.50 in reasonable attorney's fees, plus the applicable gross receipts tax; and
2. $356.95 in nontaxable expenses.

                                                                             _____
                                                                             UNITED STATES DISTRICT JUDGE