IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                         Case No. 17-CV-487-KG-LF

MONICA L. WELLINGTON,

    Defendant.

## ORDER FOR STATUS REPORT

This matter is before the Court upon its own review of the record. In its Memorandum Opinion and Order entered January 7, 2022, the Court ordered Special Master Margaret Lake to proceed with the sale of the home in accordance with its judgment. (Doc. 246) at 8. That Judgment, in turn, ordered that "the real property described above is ordered sold by Margaret Lake, appointed Special Master, at public auction to the highest bidder for cash according to the laws of this state and the practices of this Court." (Doc. 204) at 3.

The Court hereby orders that Special Master Lake file a status report addressing the status of the house sale, the expected completion date, and when Special Master's Report may be available. The status report shall be filed no later than **Thursday, April 7, 2022**.

IT IS SO ORDERED.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE