IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                No. 1:17-cv-00487-LG-LF

MONICA L. WELLINGTON,

    Defendants.

## ORDER APPROVING MAY 6, 2022 FORECLOSURE SALE AND DISCHARGING SPECIAL MASTER MARGARET LAKE

This Court, having reviewed Plaintiff's Motion to Approve Foreclosure Sale and Discharge Special Master (Doc. 255), and having reviewed the Special Master's Report (Doc. 254) and good cause otherwise appearing:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The May 6, 2022 Foreclosure Sale, as set forth in the Special Master's Report [Doc. 254] is hereby approved.

2. The credit bid of Plaintiff in the amount of $176,000 is hereby accepted and the Special Master shall convey the subject property to Plaintiff consistent with the Judgment [Doc. 204] entered in this matter.

3. The Special Master's Deed attached to the Special Master's Report [Doc. 254] is hereby approved and upon delivery of the said Deed to Plaintiff, Plaintiff shall have the right to immediate possession of the real property that is the subject of this action, subject to the redemption period, and if personal property remains at the Property after the occupants vacate, the personal property shall be deemed abandoned and the purchaser may dispose of the property in any manner allowed by law.

4. Upon notice and hearing, Plaintiff may be entitled to a Writ of Assistance directing the US Marshal's Service to take reasonable steps as necessary to place Plaintiff in possession of the subject property and to remove and eject therefrom every person holding the same or any part thereof against Plaintiff, including Monica Wellington, David Wellington, or any tenants or other persons residing in the subject property.

5. The Special Master is hereby discharged.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

By: */s/ Solomon S. Krotzer*
Solomon S. Krotzer
HOUSER LLP
100 Sun Avenue N.E., Suite 650
Albuquerque, NM 87109
Phone: (949) 679-1111
Facsimile: (949) 679-1112
skrotzer@houser-law.com
*Attorneys for Plaintiff, MTGLQ Investors, LP*

APPROVED/NOT APPROVED/NO RESPONSE:

Monica L. Wellington
2124 Altura Verde Lane
Albuquerque, NM 87110
moniwel@aol.com
(510) 384-7966

The Monica L. Wellington Declaration of Trust
Dated December 28, 2007
13061 Brookpark Rd.
Oakland, CA 94619
moniwel@aol.com

Gregory M. Sudbury
Quilling, Selander, Lownds, Winslett & Moser P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2111
gsudbury@qslwm.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

Edward DeV. Bunn, Jr.
FIRTH JOHNSTON BUNN KERR
415 N. Mesa, Third Floor
El Paso, Texas 79901
(915) 532-7500
ebunn@fbknlaw.com
*Attorney for Defendant JPMorgan Chase Bank, N.A.*

Altura Village Homeowners' Association, Inc.
C/O Registered Agent: Austin McFall
9798 Coors Blvd. NW Bldg. A
Albuquerque, NM 87114