IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                             Case No. 17-CV-487-KG-LF

MONICA L. WELLINGTON,

    Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Mandate of the United States Court of Appeals for the Tenth Circuit affirming this Court's decision, (Doc. 271), and the previously filed Judgment of Foreclosure, (Doc. 204), and noting the underlying property has been sold at auction and that sale approved, (Doc. 257), the Court enters final judgment closing this case.

The Court notes that a notice of a Demand to Vacate Premises (Doc. 268) was filed on December 22, 2022, but also notes that the Notice made no request of this Court and the attorney who filed it received a Notice of Deficiency from the Clerk of Court (Doc. 270) affecting his appearance in this Court and to which he has not responded in over a month. The Court determines it is appropriate to close this case. Should MTGLQ require further judicial intervention to enforce the transfer of the property, it has a deed and this final judgment and the availability of a motion to reopen and enforce the Court's orders or judgment.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that final judgment shall be and hereby is entered in this case in favor of Plaintiff and against Defendant.

_____
UNITED STATES DISTRICT JUDGE