IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, L.P.,

    Plaintiff,

v.                                               Civ. No. 17-0487 KG/LF

MONICA L. WELLINGTON,

    Defendant.

## SUMMARY ORDER

Defendant Monica Wellington filed a Motion to Vacate Writ of Assistance (Doc. 278) on Sunday, February 12, 2023, asking this Court to vacate the Writ of Assistance (Doc. 276) it entered on Friday, February 10, 2023. The Court finds that neither a response nor a reply would be beneficial. Having considered the Motion to Vacate, the Court determines that it is without merit and, therefore, denies the Motion to Vacate.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE