IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.                                                Case No. 17-CV-487-KG-LF

MONICA L. WELLINGTON,

    Defendant.

## ORDER DENYING MOTION TO DISQUALIFY

This matter comes before the Court on Defendant Monica L. Wellington's and Movant David Wellington's Motion to Disqualify Judge Gonzales filed on June 18, 2024. (Doc. 322). Finding no reason for disqualification, the Court DENIES Defendant's and Movant's Motion.[1]

IT IS ORDERED.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "[A] judge has as strong a duty to sit when there is no legitimate reason to recuse as he does to recuse when the law and facts require." *Nichols v. Alley*, 71 F.3d 347, 351 (10th Cir. 1995) (citations omitted).