IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MTGLQ INVESTORS, LP,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　Case No. 17-CV-487-KG-LF

MONICA L. WELLINGTON,

    Defendant.

## ORDER

This matter comes before the Court on Plaintiff-Movant MTGLQ Investors, LP's and Movant Solomon S. Krotzer's Motion for Judicial Notice and Supplement to Motions for Judicial Notice and Request for Preliminary Injunction. (Docs. 307, 326). Pursuant to Rule 201 of the Federal Rules of Evidence, the Court grants the Motion and Supplement to Motions.

Because the judicial notice includes the full docket and filings made in the New Mexico state court case, *Wellington v. Krotzer*, case no. D-202-CV-2023-05422, and David Wellington's and Cyprexx Services, LLC's Requests for Judicial Notice also request the Court take judicial notice of filings in the state court case, *see* (Docs. 324, 325), their requests for judicial notice are denied as moot.

IT IS ORDERED.

_____
UNITED STATES DISTRICT JUDGE